

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
06/24/2013

| | | |
|---|---|---|
| IN RE: | § | |
|    EVELYN GARZA | § | CASE NO: 13-31652 |
| | § | |
|    DEBTOR | § | CHAPTER __7__ |
| | § | |

### ORDER ON DEBTOR'S MOTION TO
### RESCIND THE ORDER CONVERTING THE DEBTOR'S CASE UNDER
### CHAPTER 7 TO ONE UNDER CHAPTER 13

After considering Debtor's, Evelyn Garza, **MOTION TO RESCIND THE ORDER CONVERTING THE DEBTOR'S CASE UNDER CHAPTER 7 TO ONE UNDER CHAPTER 13,** any respond to the motion, arguments of counsel, and of the evidence presented in open court, if any, the court;

GRANTS THE MOTION and;

the order converting the debtor's, Evelyn Garza, case from one under Chapter 7 of the Bankruptcy Code to one under Chapter 13 of the Bankruptcy code is hereby RESCINDED.

SIGNED on June 24th, 2013

Presiding Judge